# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Kareen Abdul Tomlin,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv410/3:92cr238

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Sept. 27, 2007 Order.

Signed: September 27, 2007

Frank G. Johns, Clerk
United States District Court